Judge Benjamin H. Settle
Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

　　　　　　　　Petitioner,

　　v.

MARK D. FLYNN,

　　　　　　　　Respondent.

No.  MC14-5001-BHS-KLS

ORDER GRANTING UNITED STATES'
WITHDRAWAL OF PETITION TO ENFORCE
INTERNAL REVENUE SERVICE SUMMONS

NOTE FOR MOTION CALENDAR:
June 3, 2014

　　　　THIS MATTER, having come before the Court upon the United States' Withdrawal of

Petition to Enforce Internal Revenue Service Summons; and the Court being fully advised in the

premises; now, therefore, it is hereby

//

//

//

ORDER GRANTING U.S.' WITHDRAWAL OF
PETITION TO ENFORCE IRS SUMMONS - 1
(MC14-5001-BHS-KLS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       ORDERED that the United States' Withdrawal of Petition to Enforce Internal Revenue

2  Service Summons be and hereby is GRANTED and the above-captioned action be and hereby is

3  DISMISSED.

4

5       DATED this _____ day of June, 2014.

6

7

8                        BENJAMIN H. SETTLE
                           UNITED STATES DISTRICT COURT JUDGE

9

10  Presented by:

11  JENNY A. DURKAN

12  United States Attorney

13

14  */s/ Christina Dimock*
    Christina Dimock, WSBA #40159

15  Assistant United States Attorney
    United States Attorney's Office

16  700 Stewart Street, Suite 5220

17  Seattle, Washington  98101
    Phone No.:  (206) 553-7970

18  Fax No.: (206) 553-4067

19  E-mail:  christina.dimock@usdoj.gov

20

21

22

23

24

25

26

27

28

ORDER GRANTING U.S.' WITHDRAWAL OF
PETITION TO ENFORCE IRS SUMMONS - 2
(MC14-5001-BHS-KLS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970